**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LORI LYNN BANEZ,<br><br>                    Plaintiff,<br><br>          v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>                    Defendant. | Case No. SA CV 15-00721 AFM<br><br>**FINAL JUDGMENT** |

     In accordance with the Stipulation to Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g),

     IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff and against Defendant, and the matter is remanded to the Commissioner for further proceedings.

DATED:  October 30, 2015

_____
          ALEXANDER F. MacKINNON
     UNITED STATES MAGISTRATE JUDGE