**Troy Monge, Esq.**
Law Offices of Martin Taller, APC
2300 E. Katella Avenue, Suite 440
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
troymonge@hotmail.com

Attorney Bar #217035
Attorneys for Lori Lynn Banez

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI LYNN BANEZ,<br><br>　　　Plaintiff,<br><br>　　　v<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　Defendant. | No. SACV15-00721 AFM<br><br>[~~PROPOSED~~] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND COSTS |

　　　Based upon the parties' Stipulation for Award and Payment of Attorney Fees:

　　　IT IS ORDERED that the Commissioner shall pay attorney fees and expenses the amount of THREE THOUSAND TWENTY-ONE DOLLARS and NINETY-EIGHT CENTS ($3,021.98), as authorized by 28 U.S.C. § 2412(d), and ZERO for costs under 28 U.S.C. § 1920, subject to the terms of the above-referenced Stipulation.

　　　Dated: November 25, 2015　　　　　/s/ Alex MacKinnon

　　　　　　　　　　　　　　　　　　THE HONORABLE ALEXANDER F. MACKINNON
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1